# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SCOTT A. PRUNTY  
328 N. JOHNSTON AVENUE  
ROCKFORD, IL  61101  

SSN-xxx-xx-2101

Case Number: 08-71327

Case filed on: 4/29/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | INTERNAL REVENUE SERVICE | 127.88 | 127.88 | 0.00 | 0.00 |
|  | Total Priority | 127.88 | 127.88 | 0.00 | 0.00 |
| 018 | SCOTT A. PRUNTY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | INTERNAL REVENUE SERVICE | 9,000.87 | 9,000.87 | 0.00 | 0.00 |
| 002 | AFFIRMATIVE PREMIUM FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ASSET ACCEPTANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAVALRY INVESTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COMED CO | 890.58 | 890.58 | 0.00 | 0.00 |
| 006 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ETI FINANCIAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 4,807.49 | 4,807.49 | 0.00 | 0.00 |
| 011 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NCO - INOVISION | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RCOK RIVER WATER RECLAMATION DIST | 249.67 | 249.67 | 0.00 | 0.00 |
| 016 | WINNEBAGO COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD CARDIOLOGY ASSOCIATES | 29.00 | 29.00 | 0.00 | 0.00 |
|  | Total Unsecured | 14,977.61 | 14,977.61 | 0.00 | 0.00 |
|  | Grand Total: | 15,105.49 | 15,105.49 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00  
Trustee Allowance:          $0.00           Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:     0.00            discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008              By  /s/Heather M. Fagan